IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY SHARP,

        Petitioner,                  No. CIV S-06-2466 FCD GGH P

    vs.

BILL LOCKYER, et al.,            ORDER AND

        Respondents.         FINDINGS AND RECOMMENDATIONS

                                /

        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

        Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

        Petitioner alleges that Deputy Attorney Hammond committed misconduct in her representation of state employees in civil actions. Petitioner requests that Hammond be criminally prosecuted. Petitioner also seeks monetary sanctions defendant Hammond.

        The purpose of a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is to challenge the legality of a conviction or sentence. The court does not have the authority to

1

order a criminal prosecution in this habeas action. In addition, the court cannot order monetary sanctions against Hammond in this habeas action. Because the court cannot order the relief sought, the court recommends that this action be dismissed. Rule 4, Rules Governing Section 2254 Cases.

Accordingly, IT IS HEREBY ORDERED that petitioner's application to proceed in forma pauperis is granted;

IT IS HEREBY RECOMMENDED that this action be dismissed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED:   12/22/06                                          /s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

sharp2446.ord